## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CASE NO. 3:11-cv-00901-JPG-SCW<br>) |
| DAVID L. KEE, Defendant. | )<br>)<br>) |

## **JUDGMENT**

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Doc. 18). Plaintiff seeks default judgment in this case against the Defendant, David L. Kee. The Clerk has entered the Defendant's default in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure (Doc. 17). The Court, having examined the pleadings and the record, is of the opinion that the Plaintiff's request is well-founded and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Plaintiff, HICA EDUCATION LOAN CORPORATION shall be, and hereby is, awarded judgment from and against Defendant, David L. Kee for **$26,170.39**, with additional prejudgment interest from March 7, 2012, to the date of this judgment at the rate of $2.12 per day.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that this judgment shall bear interest from the date of this judgment until it is paid at the contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health

and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

**IT IS SO ORDERED.**
**DATED:** May 16, 2012

                                                s./ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**