IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-901-JPG-SCW |
| DAVID L. KEE, | |
| Defendant. | |

**AMENDED JUDGMENT**
**(Two of Two)**

The Court has entered an order amending and modifying the judgment that was entered herein on May 16, 2012.  In furtherance of that Order,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff, HICA EDUCATION LOAN CORPORATION shall be, and hereby is, awarded judgment from and against Defendant, David L. Kee for **$985.58** (as the amounts due and owing to Plaintiff on account of Note No. 6, as more particularly described in Plaintiff's pleadings on file in this case), with additional prejudgment interest from March 7, 2012, to the date of this judgment at the rate of $0.05 per day.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that this judgment shall bear interest from the date of this judgment until it is paid at the contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills

auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

**DATED:** March 22, 2013                **NANCY J. ROSENSTENGEL**, **Clerk of Court**

                                          **s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**